AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Patrick A. DeRyan

V.

UNITED STATES GOVERNMENT

## SUMMONS IN A CIVIL ACTION

CASE NUMBER 1:06CV01339

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 07/27/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Patrick A. DeRyan
P.O. Box 2215
Coeur D'Alene, Idaho
        83816 - 2215
208-772-8298

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUL 27 2006            RECEIVED
CLERK                                 DATE
                                                             AUG 1 0 2006
(By) DEPUTY CLERK
                                                             NANCY MAYER WHITTINGTON, CLERK
                                                             U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 2nd 2006 |
| NAME OF SERVER (PRINT) Juanita DeRyan | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Registered mail NO. 7005 3110 0003 3911 6404

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 2nd 2006    *Juanita DeRyan*
             Date                     Signature of Server

                      PO Box 20057, Spokane WA 99204
                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

![USPS Logo] UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

## Track & Confirm

Track & Confirm    FAQs

### Search Results

Label/Receipt Number: 7005 3110 0003 3911 6404
Status: Delivered

Your item was delivered at 12:09 pm on August 04, 2006 in WASHINGTON, DC 20530.

*Additional Details >*    *Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

*Go >*

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy