IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICK A. DERYAN | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-1339 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Patrick A. DeRyan
P.O. Box 2215
Coeur D'Alene, ID 83816

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the proposed ORDER was filed in accordance with the Court's ECF procedures, and served on September 22, 2006, by sending a copy by First-Class mail, postage prepaid, addressed to the following persons:

> Patrick A. DeRyan
> P.O. Box 2215
> Coeur D'Alene, ID 83816

/s/ Pat S. Genis<br>PAT S. GENIS, #446244