RECEIVED
OCT 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick A. DeRyan, | No. 1:06cv01339 (RWR) |
| Plaintiff, | |
| v. | MOTION FOR ENLARGEMENT OF TIME |
| UNITED STATES, | |
| Defendant. | |

I, Patrick A. DeRyan, hereby move the Court for an enlargement of time in which to reply to the Motion to Dismiss filed, September 22, 2006.

Plaintiff requires an enlargement of time to adequately address the assertions contained therein.

Plaintiff anticipates that an enlargement of 21 days will be sufficient to adequately form a reply to the Motion.

Respectfully entered this 4th day of October, 2006.

_____
Patrick A. DeRyan

DeRyan v UNITED STATES                                        1:06-1339 (RWR)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Expansion of Time was served on October 4th, 2006 by USPS to the following person, addressed as follows:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

_____
Patrick A. DeRyan