IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| PATRICK A. DERYAN | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 1:06-1339 (RWR) | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| UNITED STATES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## UNITED STATES' REPLY

Plaintiff asserts that his failure to exhaust administrative remedies is not jurisdictional and that he has stated a claim under Fed.R.Civ.P. 8(a).

The United States continues to assert that failure to exhaust administrative remedies under 26 U.S.C. § 7433 deprives this Court of subject-matter jurisdiction. Nevertheless, the United States is aware that a conflict as to this issue exists in the United States District Court for the District of Columbia.

The United States asserts that plaintiff's complaint fails to state a claim under Fed.R.Civ.P. 12(b)(6). Rule 8 requires a complaint to set forth "a short and plain statement . . . showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2). Plaintiff does not specify the type of tax at issue, the specific tax years at issue, the amount in dispute, or the specific acts and/or omissions that would entitle him to relief under 26 U.S.C. § 7433. Accordingly, plaintiff has failed to state a claim upon which relief can be granted.

1854854.1

This Court should grant the United States' motion to dismiss.

Date:  November 8, 2006.                    Respectfully submitted,


                                            /s/ Pat S. Genis
                                            PAT S. GENIS, #446244
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, D.C.  20044
                                            Telephone/FAX:  (202) 307-6390/214-6866
                                            Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY was filed and made available in accordance with the Court's ECF procedures and served upon the following person on November 8, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick A. DeRyan
>Plaintiff *pro se*
>P.O. Box 2215
>Coeur D'Alene, ID 83816

>　　　　/s/ Pat S. Genis
>PAT S. GENIS, #446244