UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

_____
                            )
**PATRICK A. DERYAN,**        )
                            )
      **Plaintiff,**         )
                            )
      **v.**                  )   Civil Action No. 06-1339 (RWR)
                            )
**UNITED STATES OF AMERICA,**  )
                            )
      **Defendant.**        )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss the complaint be, and hereby is, GRANTED. This case is DISMISSED.

This is a final, appealable order.

SIGNED this 14th day of March, 2007.


                                           /s/
                               RICHARD W. ROBERTS
                               United States District Judge